JOHN A. FORREST, Respondent, v. ALBANY TRANSIT COMPANY, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Albany County, and from an order denying defendant's motion to set aside the verdict

and for a new trial. Only questions of fact are presented. The verdict is not excessive. Judgment and order unanimously affirmed, with costs. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.